1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF
5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        No. CV A 12-**9063**

12                   Plaintiff,

13        vs.                       CONSENT JUDGMENT

14 Sheryl Wharry, aka

15 Sheryl L. Wharry,

16                   Defendant

17      Pursuant to the above stipulation of the parties,

18 Judgment is hereby entered in favor of Plaintiff, UNITED

19 STATES OF AMERICA, against Defendant, Sheryl Wharry, aka

20 Sheryl L. Wharry, in the principal amount of $7,170.38 plus

21 interest accrued to September 25, 2012, in the sum of

22 $11,257.45; with interest accruing thereafter at a daily

23 rate of $1.43 until entry of judgment, administration costs

24 in the amount of $40.00, for a total amount of $**18,467.83**.

25

26 DATED: 10/25/2012          By:____TERRY NAFISI_____
                                   Clerk of the Court
27
                                  ____L. RAYFORD_____
28                                     Deputy Clerk
                                 United States District Court